**STAT**
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR**
**MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re-estate of EDGAR H. MALLOY, EDGAR W. MALLOY, as Sole Administrator of EDGAR H. MALLOY Estate; EDGAR W. MALLOY, as heir to the Estate of EDGAR H. MALLOY<br><br>                                    Plaintiff<br><br>v.<br><br>SPX COOLING TECHNOLOGIES, INC., a business entity, ROE EMPLOYEE, ROE INDIVIDUALS I through X, and DOE CORPORATIONS and other business entities I through X, inclusive<br><br>                                    Defendants. | CASE NO: **2:10-cv-00908**<br>DEPT NO: |

**DEFENDANT SPX COOLING TECHNOLOGIES, INC.'S STATEMENT
CONCERNING REMOVAL**

COMES NOW Defendant, SPX COOLING TECHNOLOGIES, INC. (hereinafter "SPX"), and provides the following Statement Concerning Removal:

1.      The date on which you first received a copy of the summons and complaint in the removed action: SPX was first served with a copy of the Summons and Complaint on June 1,

1

KNW 18223

1    2010.

2        2.    The date on which you were served with a copy of the summons and complaint, if

3    any of those dates are different from the date set forth in item number 1:  SPX was served with a

4    copy of the Summons and Complaint on the date listed above.

5        3.    In removals based on diversity jurisdiction, the names of any served defendants

6    who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's

7    evidence of the amount in controversy:   The removal of this action is based on diversity

8    jurisdiction.   SPX is a Delaware corporation with its principal place of business in North

9    Carolina.  Plaintiff Edgar H. Malloy was domiciled in Clark County, Nevada, prior to his death

10   on February 7, 2008.  See Complaint ¶ V.  Plaintiff Edgar W. Malloy is domiciled in Dolores,

11   Colorado.  See Complaint ¶ VI.

12       The amount in controversy in this case exceeds $75,000.00, excluding interest and cost:

13   Plaintiff's Complaint prays for general, special, and punitive damages against SPX arising from

14   the alleged wrongful death of Edgar H. Malloy, including compensatory damages for pain and

15   suffering, loss of enjoyment of life, medical expenses, funeral expenses, miscellaneous expenses,

16   incidental expenses, grief and sorrow, loss of probable support, loss of companionship, and loss

17   of society, comfort, services and consortium.  See Plaintiffs' Prayer for Relief, as contained in

18   Complaint.

19       4.    If your notice of removal was filed more than thirty (30) days after you first

20   received a copy of the summons and complaint, the reason removal has taken place at this time

21   and the date you first received a paper identifying the basis of removal:  Not applicable.   The

22   Notice of Removal was filed within thirty (30) days after SPX first received a copy of the

23   Summons and Complaint.

24       5.    In actions removed on the basis of this Court's jurisdiction in which the action in

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KNW 18223

1   state court was commenced more than one year before the date of removal, the reasons this

2   action should not be summarily remanded to the state court.   Not applicable.   The Notice of

3   Removal was not filed more than one year after the state court action commenced.

4        6.    The name of any defendant known to have been served before you filed the notice

5   of removal who did not formally join in the notice of removal and the reasons they did not:  SPX

6   is unaware of any defendant who was served before SPX filed the Notice of Removal.

7        Dated this *14th* day of June 2010.

8                      ALVERSON, TAYLOR
                   MORTENSEN & SANDERS

9

10

11                     J. BRUCE ALVERSON, ESQ.
                   Nevada Bar No. 1339

12                     KARIE N. WILSON, ESQ.
                   Nevada Bar No. 7957

13                     7401 W. Charleston Boulevard
                   Las Vegas, NV 89117

14                     702-384-7000 Phone
                   702-385-7000 Fax

15                     Attorneys for Defendant

16

17

18

19

20

21

22

23

24

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KNW 18223

1

## CERTIFICATE OF MAILING

2      I hereby certify on this 14th day of June, 2010, I did deposit in the United States Post

3  Office, with postage fully prepaid thereon, the above and forgoing **DEFENDANT SPX**

4  **COOLING   TECHNOLOGIES,   INC.'S   STATEMENT   CONCERNING   REMOVAL**

5  addressed to:

6  Lloyd W. Baker, Esq.
   Robert W. Curtis, Esq.
7  BAKER LAW OFFICES
   500 S. Eighth Street
8  Las Vegas, NV 89101
   702-360-4949 Phone
9  702-360-3234 Fax
   Attorney for Plaintiff

10

11

12                                    Employee of ALVERSON, TAYLOR
                                      MORTENSEN & SANDERS

13  n:\bruce.grp\z-client\18223\pleadings\statement removal.docx

14

15

16

17

18

19

20

21

22

23

24

4

KNW 18223

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000