**NOTC**
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re-estate of EDGAR H. MALLOY, EDGAR W. MALLOY, as Sole Administrator of EDGAR H. MALLOY Estate; EDGAR W. MALLOY, as heir to the Estate of EDGAR H. MALLOY<br><br>Plaintiff<br><br>v.<br><br>SPX COOLING TECHNOLOGIES, INC., a business entity, ROE EMPLOYEE, ROE INDIVIDUALS I through X, and DOE CORPORATIONS and other business entities I through X, inclusive<br><br>Defendants. | CASE NO: **2:10-cv-00908**<br>DEPT NO: |

## DEFENDANT SPX COOLING TECHNOLOGIES, INC.'S NOTICE OF REMOVAL

TO:   LANCE WILSON, Clerk, United States District Court for the District of Nevada

PLEASE TAKE NOTICE that Defendant SPX COOLING TECHNOLOGIES, INC. (hereinafter "SPX"), hereby removes the state court action entitled "In re-estate of EDGAR H. MALLOY, EDGAR W. MALLOY, as Sole Administrator of EDGAR H. MALLOY Estate; EDGAR W. MALLOY, as heir to the Estate of EDGAR H. MALLOY v. SPX COOLING

1

KNW 18223

1  <u>TECHNOLOGIES, INC., a business entity, ROE EMPLOYEE, ROE INDIVIDUALS I through</u>

2  <u>X, and DOE CORPORATIONS and other business entities I through X, inclusive</u>, Case No. A-

3  10-609501C filed in Department No. XVII, in the Eighth Judicial District Court for the State of

4  Nevada, County of Clark to this Court. A copy of the Complaint and Affidavit of Service are

5  attached hereto as Exhibit A.

      The grounds for removal are:

6

7    1.    This Court has original subject matter jurisdiction over this action pursuant to 28

8  U.S.C. § 1332 and 28 U.S.C. §§ 1441(a)-(c), in that it is a civil action between citizens of

9  different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs,

10  as set forth below.

11    2.    Plaintiff Edgar H. Malloy was domiciled in Clark County, Nevada, prior to his

12  death on February 7, 2008. <u>See</u> Complaint ¶ V. Plaintiff Edgar W. Malloy is domiciled in

13  Dolores, Colorado. <u>See</u> Complaint ¶ VI.

14    3.    Defendant SPX Corporation is a domestic corporation formed under the laws of

15  Delaware, with its principal place of business in North Carolina. <u>See</u> Complaint at ¶ IV.

16    4.    The Defendants sued as DOES 1 through 10, inclusive; and ROE

17  CORPORATIONS 50 through 60, inclusive, are fictitious parties and are not relevant to the

18  determination of subject matter jurisdiction. <u>See</u> 28 U.S.C § 1441(a) ("For purposes of removal

19  under this chapter, the citizenship of defendants sued under fictitious names shall be

20  disregarded").

21    5.    Based upon information and belief, the amount in controversy, exclusive of

22  interest and costs, exceeds $75,000.00. In Plaintiffs' Complaint, Plaintiffs pray for general,

23  special, and punitive damages against SPX arising from the alleged wrongful death of Edgar H.

24  Malloy, including compensatory damages for pain and suffering, loss of enjoyment of life,

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KNW 18223

medical expenses, funeral expenses, miscellaneous expenses, incidental expenses, grief and sorrow, loss of probable support, loss of companionship, and loss of society, comfort, services and consortium. See Plaintiffs' Prayer for Relief, as contained in Complaint.

6. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a)-(b) and Local Rule 8-1. This action was originally brought in the Eighth Judicial District for the State of Nevada, Clark County.

7. This notice of removal is timely filed within thirty (30) days after receipt of the paper that makes this case removable as required by 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of service of the Summons and Complaint on SPX's registered agent in Delaware on June 1, 2010.

8. Pursuant to 28 U.S.C. 1446(d), SPX has prepared and will file with the Clerk of the Eighth Judicial District Court a Notice of Removed Action.

Dated this ___ day of June, 2010.

ALVERSON, TAYLOR
MORTENSEN & SANDERS

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant

KNW 18223

## CERTIFICATE OF MAILING

I hereby certify on this 14th day of June, 2010, I did deposit in the United States Post Office, with postage fully prepaid thereon, the above and forgoing **DEFENDANT SPX COOLING TECHNOLOGIES, INC.'S NOTICE OF REMOVAL** addressed to:

Lloyd W. Baker, Esq.
Robert W. Curtis, Esq.
BAKER LAW OFFICES
500 S. Eighth Street
Las Vegas, NV 89101
702-360-4949 Phone
702-360-3234 Fax
Attorney for Plaintiff

_____
Employee of ALVERSON, TAYLOR
MORTENSEN & SANDERS

n:\bruce.grp\z-client\18223\pleadings\notc removal.docx

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000