# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ESTATE OF EDGAR H. MALLOY, et al.,  )
                                    )
        Plaintiffs,               )
                                    )    2:10-cv-00908-RLH-LRL
v.                                  )
                                    )    **O R D E R**
SPX COOLING TECHNOLOGIES, INC.,     )
                                    )
        Defendant.                )
                                    )

    Before the court is defendant's Motion to Strike Plaintiff's Expert Witness, Frank A. Perez, Ph.D. (#17). The court has considered the motion, plaintiff's Opposition (#20), and defendant's Reply (#21). Also before the court is plaintiff's Motion to Expand Time (#18). The court has considered the motion and defendant's Opposition (#22).

    Although plaintiff's diligence has been less than impressive, the court will deny defendant's motion to strike Dr. Perez as an expert witness (#17) and will grant plaintiff's request to extend the discovery and related deadlines (#18). Doing so will not prejudice defendant in any significant way. Plaintiff will, of course, be expected to pick up the pace of discovery appreciably in this tragic case.

    IT IS THEREFORE ORDERED that defendant's Motion to Strike Plaintiff's Expert Witness, Frank A. Perez, Ph.D. (#17) is denied.

    IT IS FURTHER ORDERED that plaintiffs' Motion to Expand Time (#18) is granted. The following case management deadlines will now be in effect:

. . .

. . .

| | |
|---|---|
| Discovery | March 4, 2011 |
| Designation of experts | December 22, 2010 |
| Designation of rebuttal experts | January 21, 2011 |
| Dispositive motions | April 4, 2011 |
| Joint Pretrial Order | May 6, 2011 |

DATED this 22nd day of November, 2010.

*/s/ Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**