# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re-estate of EDGAR H. MALLOY, EDGAR W. MALLOY, as Sole Administrator of EDGAR H. MALLOY Estate; EDGAR W. MALLOY, as heir to the Estate of EDGAR H. MALLOY,<br><br>            Plaintiff,<br><br>vs.<br><br>SPX COOLING TECHNOLOGIES, INC., a business entity, ROE EMPLOYEE, ROE INDIVIDUALS I through X, and DOE CORPORATIONS and other business entities I through X, inclusive,<br><br>            Defendants. | Case No.: 2:10-cv-00908-RLH-LRL<br><br>**O R D E R**<br><br>(Motion for District Judge to Reconsider–#26) |

       Before the Court is an Order (#24) entered by the Honorable Lawrence R. Leavitt, Magistrate Judge, regarding Defendant SPX Cooling Technologies, Inc.'s ("SPX") Motion to Strike (#17) and Plaintiff Edgar W. Malloy's Motion to Extend Time (#18).

       SPX filed Objections to Magistrate Judge Leavitt's Order (#26) in accordance with Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of

Nevada. Malloy filed a Response (#28) to the Objections, and this matter was referred for consideration.

The Court has conducted a *de novo* review of the record in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order (#24) is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Order (#24) is AFFIRMED, SPX's Objections are overruled, SPX's Motion Strike (#17) is DENIED, and Malloy's Motion to Extend (#18) is GRANTED..

Dated: April 14, 2011.

_____
ROGER L. HUNT
Chief United States District Judge