**SODW**
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR**
**MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re-estate of EDGAR H. MALLOY, EDGAR W. MALLOY, as Sole Administrator of EDGAR H. MALLOY Estate; EDGAR W. MALLOY, as heir to the Estate of EDGAR H. MALLOY<br>Plaintiff<br>v.<br>SPX COOLING TECHNOLOGIES, INC., a business entity, ROE EMPLOYEE, ROE INDIVIDUALS I through X, and DOE CORPORATIONS and other business entities I through X, inclusive<br>Defendants. | CASE NO: 2:10-CV-00908-RLH-VCF |

### STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDGAR W. MALLOY, as Sole Administrator and Heir to the ESTATE OF EDGAR H. MALLOY, and Defendant SPX COOLING TECHNOLOGIES, INC. by and through their respective counsel of record, that this action be dismissed with prejudice, the parties to bear their own attorney's fees and costs.

1

KNW 18223

1  No trial date was set in this matter.

2  DATED this 29th day of March, 2012.       DATED this 30th day of March, 2012.

3  GANZ & HAUF                                ALVERSON, TAYLOR, MORTENSEN & SANDERS

5  _____                  _____
   ADAM GANZ, ESQ.  #11327                    KARIE N. WILSON, ESQ.
6  Nevada Bar No. 6650                        Nevada Bar No. 7957
   8950 W. Tropicana Ave., Suite 1            7401 W. Charleston Blvd.
7  Las Vegas, NV 89147                        Las Vegas, NV 89117
   Attorney for Plaintiff                     Attorneys for Defendant

## ORDER FOR DISMISSAL, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this 2nd day of April 2012.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
n:\bruce.grp\z-client\18223\pleadings\sao dismiss revised.docx

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

2

KNW 18223