1 **SODW**
J. BRUCE ALVERSON, ESQ.
2 Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
3 Nevada Bar No. 7957
**ALVERSON TAYLOR**
4 **MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
5 Las Vegas, NV 89117
702-384-7000 Phone
6 702-385-7000 Fax
Attorneys for Defendant
7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

| | |
|---|---|
| 10  In re-estate of EDGAR H. MALLOY,<br>      EDGAR W. MALLOY, as Sole Administrator of<br>11  EDGAR H. MALLOY Estate;<br>      EDGAR W. MALLOY, as heir to the Estate of<br>12  EDGAR H. MALLOY<br>                              Plaintiff<br>13  v.<br>14  SPX COOLING TECHNOLOGIES, INC.,<br>      a business entity, ROE EMPLOYEE,<br>15  ROE INDIVIDUALS I through X, and<br>      DOE CORPORATIONS and other business<br>16  entities I through X, inclusive<br>17                              Defendants. | CASE NO: 2:10-CV-00908-RLH-VCF |

18

19 **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**

20   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EDGAR W.

21 MALLOY, as Sole Administrator and Heir to the ESTATE OF EDGAR H. MALLOY, and

22 Defendant SPX COOLING TECHNOLOGIES, INC. by and through their respective counsel of

23 record, that this action be dismissed with prejudice, the parties to bear their own attorney's fees

24 and costs.

1

KNW 18223

1  No trial date was set in this matter.

2  DATED this 29th day of March, 2012.    DATED this 30th day of March, 2012.

3  GANZ & HAUF                              ALVERSON, TAYLOR, MORTENSEN & SANDERS

5  _____            _____
   ADAM GANZ, ESQ.                          KARIE N. WILSON, ESQ.
6  Nevada Bar No. 6650                      Nevada Bar No. 7957
   8950 W. Tropicana Ave., Suite 1          7401 W. Charleston Blvd.
7  Las Vegas, NV 89147                      Las Vegas, NV 89117
   Attorney for Plaintiff                   Attorneys for Defendant

## ORDER FOR DISMISSAL, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this  2nd  day of  April  2012.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

_____
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
n:\bruce.grp\z-client\18223\pleadings\sao dismiss revised.docx

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

KNW 18223